**Order entered June 10, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00330-CV

### LOUISIANA PACIFIC CORPORATION, ET AL., Appellants

### V.

### NEWPORT CLASSIC HOMES, L.P., ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02044-2016**

## ORDER

Before the Court is appellants' June 9, 2021 unopposed motion to supplement the reporter's record and extend the time to file their brief on the merits. We **GRANT** the motion as follows. We **ORDER** Court Reporter Sheri Vecera to file, by **June 21, 2021**, the reporter's record of the hearing held on November 1, 2017.

Appellants' brief shall be filed within twenty days after Ms. Vecera files the requested reporter's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Vecera; LaTresta Ginyard, Official Court Reporter for the 199th Judicial District Court; and, all parties.

/s/ KEN MOLBERG
   JUSTICE